# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) Case No. 5:21-cr-00265-LCB-HNJ |
| | ) |
| **JEREMY MICHAEL LEE POWELL** | ) |

## NOTICE OF INSANITY DEFENSE PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(a) and (b)

Jeremy Michael Lee Powell, through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12.2(a), notifies the Court and counsel for the United States that he intends to present a defense of insanity at the time of the offense. In the event Mr. Powell decides to introduce expert evidence relating to a mental disease or defect or any other mental condition bearing on issues of guilty, he will timely disclosed the evidence to counsel for the United States pursuant to Criminal Procedure 12.2(b).

    Respectfully submitted,

    Kevin L. Butler
    Federal Public Defender

    <u>/s/ Latasha L. McCrary</u>
    Latasha L. McCrary
    Assistant Federal Public Defender
    200 Clinton Avenue West, Suite 503
    Huntsville, Alabama 35801
    256-684-8700 (t) 256-519-5948 (f)
    latasha_mccrary@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Respectfully submitted,
/s/ Latasha McCrary
Latasha McCrary
