UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } |
| v. | } CASE NO.  5:21-cr-265-LCB-HNJ |
| | } |
| JEREMY MICHAEL LEE POWELL | } |

## MAGISTRATE JUDGE'S FINDING OF COMPETENCY

In accordance with the provisions of 18 U.S.C. § 4247(d), the undersigned convened a competency hearing on Wednesday, May 25, 2022. At the evidentiary proceeding, Defendant, Jeremy Michael Lee Powell appeared with his counsel, Latasha McCrary.  Leann White appeared on behalf of the United States.  Defense counsel stipulated the report to the extent that defendant is presently competent and able to assist counsel in his defense, and that nothing impeded his ability to understand the *Miranda* warning when it was given.  Each of the parties waived the opportunity for additional evidence and objection to the FMC Lexington report.

After consideration of the forensic report prepared by FMC Lexington, as well as counsel's representations at the competency hearing, the undersigned finds that in accordance with the provisions of 18 U.S.C. § 4241(a) and § 4242(a), defendant is competent to comprehend these criminal proceedings, assist in his defense, and stand trial in this matter, and that defendant was able to understand the *Miranda* warning at the time it was given.

Defense counsel shall advise the undersigned's courtroom deputy, no later than Friday, June 10, 2022, whether the defendant will request placement on the consent or trial docket.

**DONE**, this 2nd day of June, 2022.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE