# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 5:21-cr-265-LCB-HNJ** |
| | ) | |
| **JERRY MICHAEL LEE POWELL** | ) | |

## APPEARANCE AS GUARDIAN *AD LITEM*

Please take notice that Jerry S. Barclay accepts appointment as, and hereby enters his appearance as, guardian *ad litem* for minor victims in the above-styled matter.

This 15th day of June, 2022.

/s/ Jerry S. Barclay
Jerry S. Barclay
Attorney at Law
118 South Side Square
Huntsville, AL 35801-4225
(256) 533-1127
jerry@jerrybarclay.com

## CERTIFICATE OF SERVICE

I certify that on June 15, 2022, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system, and thereby caused a copy to be served on all counsel of record.

/s/ Jerry S. Barclay